**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

|  |  |  |
|---|---|---|
| KIM LAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:24-cv-131 |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STATUS REPORT

Pursuant to the Court's request, the Defendant, United States Department of Justice, files this status report. This Freedom of Information Act ("FOIA") action concerns Plaintiff's requests for records "related to an August 6, 2020, defensive briefing the Federal Bureau of Investigation ("FBI") provided to Senators Charles Grassley and Ron Johnson in reference to their Congressional investigation of Hunter Biden's foreign business dealings." *See* Complaint, Doc. No. 1, at 1.

Defendant advises the Court that it has completed its initial search for records responsive to Plaintiff's FOIA request. Defendant issued a Glomar response for Plaintiff's request number 7. With regard to the other requests, the first production of records was made on July 31, 2025. The remaining pages of production are from Plaintiff's request number 8. As noted in the Defendant's prior status report, in searching for records

responsive to Plaintiff's request number 8,[1] Defendant has identified over 100,000 pages of documents. Undersigned counsel for Defendant reached out to Plaintiff's counsel about the possibility of narrowing the request—to identify documents that actually concern the topic that Plaintiff seeks information on. Undersigned counsel has reached out by email and phone but has not received a response to date. Without an agreement to narrow the request, the processing and production of the over 100,000 pages will take a lengthy period of time.

Defendant will continue to try to negotiate a narrowing of Plaintiff's request number 8, but absent any engagement from Plaintiff, Defendant may need Court assistance. Assuming the parties are able to resolve this issue informally, and without further instruction from the Court, Defendant will file an additional status report with the Court in 60 days.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

_s/ Jimmy A. Rodriguez_
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378

---

[1] Plaintiff's request no. 8 seeks the following:
   8. All records from the following custodians containing the terms "Grassley" or "Johnson":
   a. Christopher Wray
   b. Timothy Thibault
   c. Nikki Flores
   d. Bradley Benavides
   e. Brian Auten
   f. Elvis Chan
   g. Laura Dehmlow; and
   h. Jill Tyson
See Doc. No. 1, Complaint at Paragraph 17.

2

Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
Jimmy.Rodriguez2@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed with the Court through the Court CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

*s/Jimmy Rodriguez*
Assistant United States Attorney
